ACCEPTED
14-15-00706-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 12:07:23 PM
CHRISTOPHER PRINE
CLERK



HORNE ROTA MOOS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 12:07:23 PM
CHRISTOPHER A. PRINE
Clerk

Joshua C. Anderson
janderson@hrmlawyers.com

October 9, 2015

**Mr. Christopher A. Prine**                                     *Via E-File*
Clerk, Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

Re:   NO. 14-1500706-CV; *Jorge Robles and Werner Robles, Individually and as Heirs of Zoila Robles vs. Pinnacle Health Facilities XV, LP d/b/a Woodridge Nursing and Rehabilitation*

Dear Mr. Prine:

Per this Court's Order of August 21, 2015, please be advised that the trial court denied Pinnacle Health Facilities XV, LP d/b/a Woodridge Nursing and Rehabilitation's Motion to Reconsider Overruling of Objections to Plaintiffs' Amended Chapter 74 Expert Report and Motion to Dismiss on October 5, 2015. A copy of the trial court's order is enclosed.

If you have any additional questions, please do not hesitate to contact the undersigned.

Very truly yours,

**HORNE ROTA MOOS, LLP**

*/s/ Joshua C. Anderson*

Joshua C. Anderson

JCA/lec/27502/appeals

HRM HORNE ROTA MOOS LLP

HOUSTON TEXAS     NEW ORLEANS LOUISIANA

2777 Allen Parkway Suite 1200 / Houston Texas 77019-2141
713 333 4500 / 800 233 2703    F 713 333 4600 ' HRMLAWYERS.COM

9/21/2015 3:17:04 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7019265
By: GENTRY, EUNIECY M
Filed: 9/21/2015 3:17:04 PM
Pgs-1

DISMY

CAUSE NO. 2015-11057

| | | |
|---|---|---|
| JORGE ROBLES and WERNER ROBLES, Individually and as Heirs of ZOILA ROBLES | § § § § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| PINNACLE HEALTH FACILITIES XV, LP d/b/a WOODRIDGE NURSING AND REHABILITATION | § § § § | 55TH DISTRICT COURT |

## ORDER ON DEFENDANT'S MOTION TO DISMISS

On this day, came on to be heard Defendant, PINNACLE HEALTH FACILITIES XV, LP d/b/a WOODRIDGE NURSING AND REHABILITATION's Motion to Reconsider Overruling of Objections to Plaintiffs' Amended Chapter 74 Expert Report and Motion to Dismiss (the "Motion") and the Court, having heard the arguments of counsel is of the opinion that Defendant's Motion should be in all things, DENIED. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendant, PINNACLE HEALTH FACILITIES XV, LP d/b/a WOODRIDGE NURSING AND REHABILITATION's Motion is hereby DENIED;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the discovery stay order previously issued by this Court will stay in place pending the resolution of any appeal taken of this order or until such time as the time to file an appeal of this order has expired.

SIGNED this _____ day of _____, 2015.

Signed:
10/5/2015

_Joff Shadwich_

_____
JUDGE PRESIDING

1